IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| LAWANDA M. FREEMAN, | ) | Case No. 22-00619-DSC13 |
|     Debtor. | ) | |
| | ) | Chapter 13 |
| | ) | |

___

| | | |
|---|---|---|
| LAWANDA M. FREEMAN, | ) | |
|     Plaintiff, | ) | |
| | ) | A.P. No. 22-00042-DSC |
| v. | ) | |
| | ) | |
| LVNV FUNDING, LLC, and | ) | |
| RESURGENT CAPITAL SERVICES, L.P., | ) | |
|     Defendants. | ) | |

## FINAL JUDGMENT

This Court held a hearing on June 7, 2023, regarding multiple matters including the Plaintiff's Motion for Summary Judgment (AP doc. 55) and the Defendant's Motion for Summary Judgment. (AP Doc. 42.) The Court stated its ruling on the record for all matters in this Adversary Proceeding on June 29, 2023, pursuant to Rule 52 of the Federal Rules of Civil Procedure, which applies to this case under Rule 7052 of the Federal Rules of Bankruptcy Procedure. Consistent with the Court's oral ruling (AP doc. 76) and the Order entered (AP doc. 77), and pursuant to Rule 58 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding through Rule 7058 of the Federal Rules of Bankruptcy Procedure, the Court **ENTERS JUDGMENT** in favor of the Defendants, LVNV Funding, LLC, and Resurgent Capital Services, L.P. The costs of this Adversary Proceeding are taxed as paid.

Dated: June 30, 2023.

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge