# Notice Recipients

District/Off: 1126–2  User: admin  Date Created: 6/30/2023
Case: 22–00042–DSC  Form ID: pdfall  Total: 14

**Recipients of Notice of Electronic Filing:**
tr          Bradford W. Caraway          ctmail@ch13bham.com
aty        James H. Haithcock, III        jhaithco@burr.com
aty        Michael J Antonio, Jr          Greystone_Legal@Yahoo.Com
aty        Robert Franklin Springfield    fspringf@burr.com

    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla         Lawanda M Freeman          4475 Flag Stone Lane          Pinson, AL 35126
dft         LVNV Funding LLC           c/o Resurgent Capital Services          PO Box 10587          Greenville, SC 29603–0587
dft         Resurgent Capital Services L.P.          its General Partner          Alegis Group, LLC          9700 Richmond, Ste 160          Houston, TX 77042
intp       LVNV Funding, LLC.         clo Resurgent Capital Services          PO Box 10587          Greenville, SC 29603–0587
10947119    LVNV Funding, LLC          55 Beattie Place Ste 110          Greenville, SC 29601
10947121    LVNV Funding, LLC          c/o Amanda M Beckett, Esq.          Rubin Lublin, LLC          428 N Lamar Blvd., Suite 107          Oxford, Mississippi 38655
10947120    LVNV Funding, LLC          c/o Corporation Service Company LLC          641 South Lawrence Street          Montgomery, AL 36104
10947118    LVNV Funding, LLC          its President or CEO          6801 S Cimarron Road STE 424–3          Las Vegas, NY 89113
10947127    Resurgent Capital Services, L.P.          55 Beattie Place          Suite 110 MS 425          Greenville, SC 29601
10947128    Resurgent Capital Services, L.P.          c/o Corporation Service Company, Inc.          641 South Lawrence Street          Montgomery, AL 36104

    TOTAL: 10